176 So. 382

## Walter DAVIS v. STATE.

## 8 Div. 826.

Supreme Court of Alabama.

Oct. 14, 1937.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Walter Davis for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that court in the case of Davis v. State, 27 Ala. App. 551, 176 So. 379.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.